opinion of Cochrane, J., at Special Term. (Reported in 50 Misc. Rep 382.) All concurred. Cochrane, J., not sitting.

Hallie Moores, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Robert C. Pruyn, as a Stockholder of the Guayaquil and Quito Railway Company, Suing on Behalf of Himself and All Others Similarly Situated, Respondent, v. The Guayaquil and Quito Railway Company and Others, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal. No opinion. All concurred, except Parker, P. J., not voting, and Kellogg, J., dissenting.

The Potsdam Electric Light and Power Company, Respondent, v. The Village of Potsdam and Others, Appellants.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Henry T. Kellogg, at Special Term. (Reported in 49 Misc. Rep. 18.) All concurred, except Parker, P. J., not voting.

The People of the State of New York, Respondent, v. Judson D. Vermilya, Appellant.— Judgment and order unanimously affirmed. No opinion.

The People of the State of New York ex rel. Prussian Life Insurance Stock Company of Berlin, Respondent, v. Francis Hendricks, as Superintendent of Insurance of the State of New York, Appellant.— Order affirmed, with costs. No opinion. All concurred.

Harriet M. Parish, Appellant, v. The Ulster and Delaware Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Abraham Small, Appellant.— Judgment of conviction affirmed. No opinion. All concurred, except Chester and Cochrane, JJ., dissenting.

John C. Sherman, as Administrator, etc., of Lucy B. Potter, Deceased, Appellant, v. Eva A. Matthieu, Respondent, and Melissa Robertson, Defendant.— Judgment unanimously affirmed, with costs. No opinion.

James B. Swing, as Trustee for the Creditors, etc., of the Union Mutual Fire Insurance Company of Cincinnati, Ohio (dissolved), Appellant, v. The Mohawk Valley Lumber Company, Respondent.— Judgment modified by striking therefrom the words "upon the merits," and as thus modified judgment and order unanimously affirmed, with costs. No opinion.

John Seymour, Respondent, v. The State of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Edwin R. Bryant and Others, etc., Appellants, v. Charles H. Turner, Respondent.— Motion granted, with ten dollars costs, unless appellant within twenty days from the date of this order, pays to the respondent ten dollars costs of this motion and serves the printed papers upon respondent's attorney on or before August first, in which case motion is denied, without costs.

Edwin R. Bryant and Others, etc., Appellants, v. Charles H. Turner, Respondent.— Motion granted, with ten dollars costs, unless appellant, within twenty days from the date of this order, pays to the respondent ten dollars costs of this motion and serves the printed papers upon respondent's attorney on or before August first, in which case motion is denied, without costs.

Eugene D. Flanigan, Respondent, v. James C. Matthews, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Anna Freemont, as Administratrix, etc., of Joseph Freemont, Deceased, Respondent, v. Delaware and Hudson Company and Boston and Maine Railroad, Appellants,— Motion denied.

Knickerbocker Trust Company, as Trustee, Respondent, v. Oneonta, Cooperstown and Richfield Springs Railway Company, and Edward P. Holdridge, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

In the Matter of the Appraisal under the Taxable Transfer Act of the Estate of George T. Hanford, Deceased. The Comptroller of the State of New York, Appellant; The People of the State of New York ex rel. Laura H. Briggs, Respondent.— Order affirmed, with costs. No opinion. All concurred.

Roderick Morison, Respondent, v. The American Telephone and Telegraph Company, Appellant.— Case certified to fourth department by reason of the disagreement of judges.

The People of the State of New York ex rel. Ticonderoga Union Terminal Railroad Company v. The Board of Railroad Commissioners and Others.— Writ